**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

v.                                    4:04-CR-00056-02-WRW

**HORACE HUDSON, III**

**ORDER**

Pending is Defendant's Motion to Reduce Sentence (Doc. No. 90). Defendant requests a reduction of his sentence under 18 U.S.C. § 3582(c)(2), based upon the retroactive application of the crack cocaine penalty reduction imposed by the United States Sentencing Commission, effective March 3, 2008. After reviewing the case, I find that Defendant is not entitled to a reduction of his sentence.

Not every person sentenced for a crack cocaine offense is eligible for a sentence reduction.[1] Only those persons currently serving a sentence determined or affected by a sentencing range calculated using the drug quantity table, U.S.S.C. § 2D1.1, are potentially eligible. If a defendant was not sentenced based on the drug quantity table, there is no basis for the Court to exercise its discretion to grant a sentence reduction.[2]

Defendant was sentenced to 595 months in prison on March 3, 2005.[3] On January 29, 2008, Defendant's sentence was reduced to 240 months,[4] based on a Rule 35 motions where the

---

[1] *See* U.S.S.G. § 1B1.10, Reduction in Term of Imprisonment as a Result of Amended Guideline Range (Policy Statement) (March 3, 2008).

[2] U.S.S.G. § 1B1.10(a)(1).

[3] Doc. Nos. 68, 69.

[4] Doc. No. 79.

<u>parties agreed</u> to the specific sentence of 240 months.[5]  Because Defendant's sentence was based on a specifically agreed-to sentence, rather than the drug quantity table, the crack cocaine amendment does not apply.[6]

Accordingly, Defendant's Motion to Reduce Sentence (Doc. No. 90) is DENIED.

IT IS SO ORDERED this 21st day of August, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[5]Doc. No. 77.

[6]Although done under Rule 35, the agreement in this case was akin to a Rule 11(c)(1)(C) plea -- the parties agreed to a specific sentence.  Courts have found that agreed-to sentences are not affected by the crack cocaine amendment and cannot be reduced under § 3582.  See *United States v. Bride*, No. CR04-5350 RBL, 2008 WL 2782688 (W.D. Wash. July 14, 2008); *United States v. Tindall*, No. 3:04CR00031-2, 2008 WL 2518546 (W.D. Va. June 19, 2008); *United States v. Clayborn*, No. 1:CR-05-51-01, 2008 WL 2229531 (M.D. Pa. May 28, 2008); *United States v. Gordon*, 2008 WL 901911 (E.D. Okla. March 21, 2008).